NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOSEPH NEEV,**
*Petitioner-Appellant*

**v.**

**ALCON LENSX, INC.,**
*Respondent-Appellee*

---

2015-1422, 2015-1821

---

Appeals from the United States District Court for the Central District of California in No. 8:14-cv-00660-GHK-JEM, Judge George H. King.

---

**JUDGMENT**

---

DAVID ALAN MAKMAN, Law Offices of David A. Makman, San Mateo, CA, argued for petitioner-appellant.

BRIAN ROBERT MATSUI, Morrison & Foerster LLP, Washington, DC, argued for respondent-appellee. Also represented by ERIC MARTIN ACKER, MARY PRENDERGAST, San Diego, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, BRYSON, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 April 11, 2016  
Date

/s/ Daniel E. O'Toole  
Daniel E. O'Toole  
Clerk of Court